NELLIE REVES BORDEAUX v. EDWARD L. TILTON.

(Filed 5 May, 1965.)

APPEAL by defendant from *Nimocks, E. J.,* November 9, 1964 Civil Session, CUMBERLAND Superior Court.

This civil action grew out of a collision between the plaintiff's 1963 Oldsmobile and the defendant's 1961 Oldsmobile at the intersection of Worth Street and West Russell Street in Fayetteville. The accident occurred near noon on July 19, 1963. Electric traffic control signals were in operation at the intersection.

The claim and counterclaim stated in the pleadings presented issues of negligence, contributory negligence, and damages. The evidence was conflicting with respect to which party entered the intersection with or against the green light, and whether the one first in was permitted to

clear the intersection. The jury answered all issues in favor of the plaintiff and awarded $1,250.00 damages. From the judgment on the verdict, the defendant appealed.

Sol G. Cherry for plaintiff appellee.
Quillan, Russ & Worth, by Walker Y. Worth, Jr., for defendant appellant.

PER CURIAM. The controversy involved issues of fact. Under instructions from the court which accurately explained the rights and duties of each party at the intersection and the burden of proof on the issues, the jury resolved the dispute in favor of the plaintiff. The record discloses

No error.